AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave Suite C, #336
Alameda CA 94501
Telephone:  510/832-5001
Fax:   510/832-4787
info@cleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALGER,<br><br>                              Plaintiff,<br>          vs.<br><br>TARPY'S ROADHOUSE, LLC; BLUE OCEAN VENTURE HOLDINGS, INC; DOWNTOWN DINING, INC.; RIO RESTAURANTS CORPORATION; COASTAL ROOTS HOSPITALITY; JAMES D. MEADOR; LUANN S. MEADOR;<br>                              Defendants | **Case No.** 25-cv-5762-PCP<br><br>*Civil Rights*<br><br>**NOTICE OF VOLUNTARY DIMISSAL OF ACTION WITHOUT PREJUDICE AS TO JAMES D. MEADOR; LUANN S. MEADOR ONLY** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JAMES ALGER hereby dismisses this action, without prejudice, as to Defendant JAMES D. MEADOR and LUANN S. MEADOR.

These defendants have filed neither an answer nor a motion for summary judgment.

This dismissal applies solely to the foregoing defendants. Plaintiff expressly reserves all rights and claims against TARPY'S ROADHOUSE, LLC; BLUE OCEAN VENTURE HOLDINGS, INC; DOWNTOWN DINING, INC.; RIO RESTAURANTS CORPORATION; and COASTAL ROOTS HOSPITALITY.

Date: September 10, 2025

CLEFTON DISABILITY LAW
ALLACCESS LAW GROUP


_/s/ Irakli Karbelashvili_
By IRAKLI KARBELASHVILI, Esq.
Attorney for Plaintiff
JAMES ALGER

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO
JAMES D. MEADOR; LUANN S. MEADOR
2