AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave Suite C, #336
Alameda CA 94501
Telephone:  510/832-5001
Fax:   510/832-4787
info@cleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

CHRISTOPHER J. OLSON, ESQ. (192689)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
colson@smllp.com

Attorneys for Defendants
TARPY'S ROADHOUSE, LLC;
BLUE OCEAN VENTURE HOLDINGS, INC;
DOWNTOWN DINING, INC.;
RIO RESTAURANTS CORPORATION; and
COASTAL ROOTS HOSPITALITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALGER, | **Case No.** 25-cv-5762-PCP |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| TARPY'S ROADHOUSE, LLC; BLUE OCEAN VENTURE HOLDINGS, INC; DOWNTOWN DINING, INC.; RIO RESTAURANTS CORPORATION; COASTAL ROOTS HOSPITALITY, | |
| Defendants | |

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

1

Plaintiff JAMES ALGER ("Plaintiff") and Defendants TARPY'S ROADHOUSE, LLC; BLUE OCEAN VENTURE HOLDINGS, INC; DOWNTOWN DINING, INC.; RIO RESTAURANTS CORPORATION; and COASTAL ROOTS HOSPITALITY (collectively "Defendants") (collectively the "Parties") stipulate in accordance with Fed. R. Civ. P 41(a)(2) that this action be dismissed in its entirety with prejudice.

The Parties further stipulate and request that the Court retain jurisdiction over their settlement agreement until October 31, 2026, in accordance with General Order No. 56.

Date: October 29, 2025              CLEFTON DISABILITY LAW
                                    ALLACCESS LAW GROUP


                                       _/s/ Irakli Karbelashvili_
                                    By IRAKLI KARBELASHVILI, Esq.
                                    Attorney for Plaintiff
                                    JAMES ALGER

Date: October 29, 2025              SWEENEY MASON LLP


                                       _/s/ Christopher J. Olson_
                                    By CHRISTOPHER J. OLSON, Esq.
                                    Attorneys for Defendants
                                    TARPY'S ROADHOUSE, LLC; BLUE
                                    OCEAN VENTURE HOLDINGS, INC;
                                    DOWNTOWN DINING, INC.; RIO
                                    RESTAURANTS CORPORATION; and
                                    COASTAL ROOTS HOSPITALITY


**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

_/s/ Irakli Karbelashvili_
Irakli Karbelashvili

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE
2

## [PROPOSED] ORDER

Having reviewed the Parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice. The Court retains jurisdiction over the settlement agreement until October 31, 2026.

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. P. Casey Pitts
United States District Judge