AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave Suite C, #336
Alameda CA 94501
Telephone:  510/832-5001
Fax:   510/832-4787
info@cleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

CHRISTOPHER J. OLSON, ESQ. (192689)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
colson@smllp.com

Attorneys for Defendants
TARPY'S ROADHOUSE, LLC;
BLUE OCEAN VENTURE HOLDINGS, INC;
DOWNTOWN DINING, INC.;
RIO RESTAURANTS CORPORATION; and
COASTAL ROOTS HOSPITALITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALGER, <br><br>            Plaintiff, <br>    vs. <br><br> TARPY'S ROADHOUSE, LLC; BLUE OCEAN VENTURE HOLDINGS, INC; DOWNTOWN DINING, INC.; RIO RESTAURANTS CORPORATION; COASTAL ROOTS HOSPITALITY, <br><br>            Defendants | **Case No.** 25-cv-5762-PCP <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

1

Plaintiff JAMES ALGER ("Plaintiff") and Defendants TARPY'S ROADHOUSE, LLC; BLUE OCEAN VENTURE HOLDINGS, INC; DOWNTOWN DINING, INC.; RIO RESTAURANTS CORPORATION; and COASTAL ROOTS HOSPITALITY (collectively "Defendants") (collectively the "Parties") stipulate in accordance with Fed. R. Civ. P 41(a)(2) that this action be dismissed in its entirety with prejudice.

The Parties further stipulate and request that the Court retain jurisdiction over their settlement agreement until October 31, 2026, in accordance with General Order No. 56.

Date: October 29, 2025                              CLEFTON DISABILITY LAW
                                                    ALLACCESS LAW GROUP


                                                       */s/ Irakli Karbelashvili*
                                                    By IRAKLI KARBELASHVILI, Esq.
                                                    Attorney for Plaintiff
                                                    JAMES ALGER

Date: October 29, 2025                              SWEENEY MASON LLP


                                                       */s/ Christopher J. Olson*
                                                    By CHRISTOPHER J. OLSON, Esq.
                                                    Attorneys for Defendants
                                                    TARPY'S ROADHOUSE, LLC; BLUE
                                                    OCEAN VENTURE HOLDINGS, INC;
                                                    DOWNTOWN DINING, INC.; RIO
                                                    RESTAURANTS CORPORATION; and
                                                    COASTAL ROOTS HOSPITALITY


### Filer's Attestation

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

                         */s/ Irakli Karbelashvili*
                         Irakli Karbelashvili

# [PROPOSED] ORDER

Having reviewed the Parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice. The Court retains jurisdiction over the settlement agreement until October 31, 2026.

**IT IS SO ORDERED.**

Dated: October 30, 2025

Hon. P. Casey Pitts
United States District Judge

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE
3